**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

SEVILLE LLC,

*Plaintiff,*

v.

COMMSCOPE, LLC and VISTANCE NETWORKS, INC.,

*Defendants.*

Case No. 1:26-cv-4978-VSB

**NOTICE OF APPEARANCE**

To: The Clerk of the Court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Plaintiff Seville LLC.

Dated: New York, New York
September 23, 2026

**GLENN AGRE BERGMAN & FUENTES LLP**

By: */s/ Skye Gao*________
Tian "Skye" Gao
1185 Avenue of the Americas, 22nd Floor
New York, New York 10036
sgao@glennagre.com
(212) 970-1600

*Attorneys for Plaintiff*