UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SEVILLE LLC,

Plaintiff,

-v-

COMMSCOPE, LLC, et al.,

Defendants.

CIVIL ACTION NO. 26 Civ. 4978 (VSB) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court held in person oral argument on November 18, 2026 (the "Hearing") on the motion to dismiss filed by Defendants CommScope, LLC and Vistance Networks, Inc. (Dkt. Nos. 10–12 (the "Motion")). Following the Hearing, the Court **ORDERS** the following:

1. By **November 19, 2026**, the parties shall order an expedited copy of the Hearing transcript (the "Transcript") by visiting https://www.sdreporters.com/ and ordering a "Next-Day Transcript."
2. As discussed during the Hearing, by **November 20, 2026**, the parties shall file the PowerPoint slides they presented during the Hearing.
3. After receiving the Transcript, the Court will issue a report and recommendation on the Motion in due course.

Dated: New York, New York
November 18, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**